IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 16  PM 2:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W/D OF TN, MEMPHIS

MURRAY AND DOSTER, LLC,

    PLAINTIFF,

v.                                          CIVIL ACTION NO: 04-2992-B-P

KDG, ED DOMBROWSKI and
CONTINENTAL AMERICAN INSURANCE,

    DEFENDANTS.

---

### [PROPOSED] AGREED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CONTINENTAL AMERICAN INSURANCE COMPANY

Came the Plaintiff and Defendant, Continental American Insurance Company, by and through counsel and announced to the Court that the Plaintiff and Defendant, Continental American Insurance Company, have stipulated to a Consent Order of Voluntary Dismissal without Prejudice as to Defendant, Continental American Insurance Company, only and request that an Order to that effect be entered.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Continental American Insurance Company is hereby dismissed without Prejudice.

Entered this the _____16_____ day of May, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _5-17-05_

14

Respectfully submitted,

GILDER, HOWELL & ASSOCIATES, P.A.

By: _____
     Jefferson Gilder (14321)
     7090 Malco Blvd., #111
     PO Box 193
     Southaven, MS 3867
     (662)349-2092
     Attorney for Plaintiff

**McDONALD KUHN, PLLC**

By: _____
     Stephen P. Miller (15574)
     119 S. Main Street, Suite 400
     P.O. Box 3160
     Memphis, Tennessee 38173-0160
     (901) 526-0606
     Attorney for Defendant,
     Continental American Insurance Company

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02992 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Stephen P. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT