```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

FILED BY ____ D.C.

05 JUL 19 AM 9: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MURRAY AND DOSTER, LLC,           )
                                  )
                 Plaintiff,       )
                                  )  Civil No. 04-2992-B/P
  -v-                             )
                                  )
KDG, ED DOMBROWSKI, ET AL.,       )
                                  )
                 Defendants.      )
                                  )

## DEFAULT

Upon the Motion and Affidavit of the plaintiff, Murray and Doster, LLC, filed July 15, 2005, DEFAULT IS HEREBY ENTERED against the named defendant, <u>Ed Dombrowski</u>, pursuant to FRCvP 55(a).

In accordance to FRCvP 4, service of process was executed against the defendant.

For good cause shown, the court may set aside this entry for default, pursuant to Rule 55(c).

Entered this 19th day of July, 2005.

                              THOMAS M. GOULD,
                              Clerk of Court

                              BY: *Earline Draper*
                                   Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02992 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Honorable J. Breen
US DISTRICT COURT