IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 13  AM 10: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**MURRAY AND DOSTER, LLC,**

**PLAINTIFF**

VS.

CIVIL ACTION NO.: 04-2992-B-P

**ED DOMBROWSKI**

**DEFENDANT**

**JUDGMENT BY DEFAULT**

The Plaintiff, having filed a Motion for Judgment By Default, and the Clerk of the Court having filed an entry of Default, and the Defendant, Ed Dombsowski, being in default, the Plaintiff is entitled to a Judgment by Default for the amount of $68,464.33 in commissions and $10,269.55 in pre-judgment interest and attorney fees in the amount of $39,366.99 for a total judgment in the amount of $118,100.97 plus post judgment interest at 10% per annum.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that a Judgment by Default be and same is hereby entered against the Defendant, Ed Dombrowski, and in favor of the Plaintiff for $68,464.33 in commissions and $10,269.55 in pre-judgment interest and attorney fees in the amount of $39,366.99 for a total judgment in the amount of $118,100.97 plus post judgment interest to accrue at 10% per annum and all costs of suit are assessed against said Defendant.

**ORDERED, ADJUDGED AND DECREED** this the 13th day of October, 2005.

_____
Judge Breen
U.S. District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02992 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Honorable J. Breen
US DISTRICT COURT